UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN ADMIRALTY**

------------------------------------------------------------------- x

MOTOR-SERVICES HUGO STAMP, INC.

              :    10-cv-60997

        Plaintiff,

              :    Judge Cohn

    v.

              :

CAJA LOGISTICS GROUP CORP.

              :

        Defendant.

------------------------------------------------------------------- x

**FIRST AMENDED COMPLAINT FOR BREACH OF MARITIME CONTRACT**

    MOTOR-SERVICES HUGO STAMP, INC. ("Motor-Services"), by its attorneys Tomaselli & Co., for its first amended complaint against CAJA LOGISTICS GROUP CORP. ("Caja") alleges upon information and belief as follows:

1.    This is case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1333.

3.    At all times herein mentioned, Motor-Services was and now is a corporation duly organized and existing under the laws of the State of Florida, with a principal place of business at 3190 S.W. 4th Avenue, Fort Lauderdale, Florida 33315.

4.    At all times herein mentioned, Caja was a Georgia corporation with an office or place of business at 1608 Newcastle Street, Brunswick, Georgia 31520.

5.    At all times herein mentioned Caja was the owner of *M/V CAJA EXPRESS* a commercial cargo vessel operating upon the navigable waters of the United States and upon international waters.

6.    At all times herein mentioned *CAJA EXPRESS* was managed for her owners by V.Ships USA LLC, a Florida corporation.  V.Ships had, has and continues to manage vessels for numerous

shipowners and has routinely done business with Motor-Services over a period of years on behalf of those owners.  As manager V.Ships was agent of the owners and was an owner *pro hac vice* for *CAJA EXPRESS*, fully authorized to bind the vessel and her owners.

7.        On or about September 2009, Caja or V.Ships on behalf of Caja, contacted Motor-Services in Florida and requested Motor-Services attended onboard the vessel and provided parts and services to overhaul the vessel's main engine turbocharger cartridge.  These service constitute necessaries under maritime law and the provision of these services gave rise to a maritime lien in favor of Motor-Services and against the vessel.

8.        The request for services and the provision of services and the acceptance of those services constituted a maritime contract.  The terms and condition of the contract are set forth on the Motor-Services invoice attached hereto, and were known to and understood by Caja and its agent V.Ships at all times prior to the provision of the services by Motor-Services.

9.        The terms of the contract provide for the recovery by Motor-Services of all reasonable attorneys fees and costs should Caja not pay the account, for interest at 1.5% per month for any amounts unpaid after 30 days, and for exclusive jurisdiction of any litigation arising out of the contract in the courts of Florida.

10.        Pursuant to that contract, and in reliance thereon, Motor-Services provided the necessaries set for on the attached invoice.

11.        After delivery of the engines, Motor-Services invoiced Caja for the amount due under the contract, USD 13,859.73.

12.        Motor-Services has demanded full payment in accordance with the terms of the contract on numerous occasion, and no payment has been made.

13.        Under Florida law as well as the terms and conditions of the contract, payment was to be made in Florida, and the locus of a breach of failure to pay lies at the place of business of Motor-Services.

AS AND FOR A FIRST CAUSE OF ACTION
AGAINST CAJA
FOR BREACH OF MARITIME CONTRACT

14.        Motor-Services repeats and realleges the allegations contained in paragraphs 1 through 13 of this complaint as if set forth fully herein.

15.        All conditions precedent to payment pursuant to the maritime contract between Motor-Services and Caja were performed by Motor-Services.

16.        The failure of Caja to satisfy the account of Motor-Services constitutes a breach of the maritime contract between the parties.

17.        Motor-Services has and will incur reasonable attorneys' fees and expenses, has and will make advances and has and will sustain damages from or by reason of the breach of contract by Johnson in the amount of $13,859.73, plus interest at the contractual rate of 1.5% per month, plus costs, plus attorneys fees and in further amounts not presently known to Motor-Services.

18.        Although payment in accordance with the contract has been duly demanded, the amount has not been paid.


            WHEREFORE, Motor-Services Hugo Stamp, Inc. prays:

1.        Process in due form of law according to the rules and practice of this Honorable Court in causes of admiralty and maritime jurisdiction issue against defendant Caja,

2.        Motor-Services have judgment against defendant Caja for the damages resulting from Caja's breach of contract as stated above, together with pre- and post-judgment interest thereon, costs and attorneys' fees; and

3.        Such other, further and different relief as may be just and proper under the premises.

**TOMASELLI & CO.**
1500 CORDOVA ROAD • SUITE 202 • FORT LAUDERDALE • FLORIDA • 33316 • TELEPHONE 954 761 8004 • FAX 212 214 0318

Dated:  Fort Lauderdale, Florida
        June 11, 2010

                                TOMASELLI & CO.


                                /s/ John J. Tomaselli
        By:     _____
                John J. Tomaselli (Fla. Bar No.:  872570)
                1500 Cordova Road - Suite 202
                Fort Lauderdale, Florida 33316-2190
                Tel:     (954) 761-8004
                Fax:     (954) 525-6626
                e mail:  tcolaw@att.net
                Attorneys for Plaintiff Motor-Services Hugo Stamp, Inc.



# MSHS COMPANIES
# MOTOR-SERVICES HUGO STAMP, INC.
## AUTHORIZED DISTRIBUTORS & SERVICE CENTER
3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
Phone: 954-763-3660 Fax: 954-763-2872
Email: info@mshs.com   http://www.mshs.com

## INVOICE

| Invoice # | 172133 |
|---|---|
| Customer # | CAJLOG1770 |
| Page # | 1 / 1 |

**BILL TO**
CAJA LOGISTICS LLC
1608 NEWCASTLE STREET

BRUNSWICK, GA                31520
UNITED STATES
Phone   : 912-265-1770
Fax     : 912-265-6262
Contact :

**SHIP TO**
M/V CAJA EMPRESS

FORT-DE-FRANCE,
MARTINIQUE (F.W.I.)

| DATE | OUR ORDER NO. | SHIP VIA | | F.O.B. | TERMS |
|---|---|---|---|---|---|
| 09/09/09 | T2124 / 13716 | BEST WAY | | | NET 30 DAYS |

| PURCHASE ORDER NO. | RESALE NO. | SERIAL NO. | SERVICED |
|---|---|---|---|
| 082490 | | S/N 706447 | NAPIER T/C NA 355 |

| POS. | QUANTITY ORDERED | SHIPPED | ITEM NUMBER / ITEM DESCRIPTION | UNIT PRICE | EXTENDED PRICE | DISC. (%) |
|---|---|---|---|---|---|---|
| | | | INSPECTION & OVERHUAL OF ONE (1) TURBOCHARGER CARTRIDGE | | | |
| | | 16.00 | LABOR FACTORY SERVICE ENG. S/T | 88.00 | 1408.00 | |
| | | 33.00 | LABOR FACTORY SERVICE ENG. O/T | 128.00 | 4224.00 | |
| | | | AIRFARE | | 2872.24 | |
| | | | DAILY ALLOWANCE | | 240.00 | |
| | | | FREIGHT OUTGOING | | 4700.79 | |
| | | | TRAVEL EXPENSE | | 414.70 | |
| | | | FOR FURTHER DETAILS, PLEASE REFER TO THE ATTACHED DOCUMENTATION. THANK YOU. | | | |

TERMS AND CONDITIONS ON REVERSE SIDE

| TRACKING / WAYBILL NO. | CURRENCY | SALES TAX | FREIGHT/HANDLING | INVOICE TOTAL |
|---|---|---|---|---|
| - | USD | 0.00 | 0.00 | 13,859.73 |
| | APPLIED CREDIT | | TOTAL PAID | BALANCE DUE |
| | | | 0.00 | 13,859.73 |

CITY NATIONAL BANK, FT. LAUDERDALE, FL 33301
ACCT. #12003276792 (ABA ROUTING #066004367)

FEDERAL TAX ID #59-2347143

TERMS AND CONDITIONS

These terms and condition represent the final and complete agreement of the parties, and no modification shall be binding upon Motor-Services Hugo Stamp ("MSHS") unless made in writing and signed and approved by an officer of MSHS. No modification of these terms shall be deemed made or accepted by MSHS shipping goods or performing services following receipt of a purchase order or other documents containing terms and conditions additional to or in conflict with the terms and conditions herein. MSHS does not agree to the accident, indemnity, and insurance provisions, if any, contained in the buyer's or customer's invitation or specifications, and in such cases MSHS accepts only such liability as is imposed upon MSHS by law and as limited by this contract. Receipt of goods or services by the buyer or customer shall be deemed conclusive proof of irrevocable acceptance of these terms and of the conformity of the goods or services provided; similarly these terms and conditions shall be deemed irrevocably accepted upon commencement of work by Motor-Services Hugo Stamp at Motor Services Hugo Stamp's facility or at any other location.

GENERAL: MSHS's contracts for furnishing repairs, parts and services are solely on the basis of the insured limited liabilities and specific warranties set forth below. MSHS shall not be liable for any injury or death resulting from its provision of repairs, parts or services, and the purchaser or customer agrees to indemnify, defend and hold MSHS harmless for any such claims brought against MSHS by or on behalf of any person other than a MSHS employee. When MSHS provides parts, repairs or services to any vessel, MSHS shall not be liable, directly or indirectly, in contract, tort or otherwise, to the vessel's owners, charterers, underwriters, lienholders or other party in interest for any damages to such vessel or to its appurtenances, cargo, equipment or moveable stores, or for any consequence thereof, unless such damage is caused solely by MSHS's gross negligence or intentional tort, and in no event shall MSHS's aggregate liability under this contract (with the exception of the specific warranty as set forth in "WARRANTY" below) exceed the sum of $50,000.00 or the value of the vessel, whichever figure is the lesser. In no event shall MSHS be liable for any consequential or special damages including but without limitation, for faulty or negligent design or manufacture, delay, loss of revenue, detention, wharfage, demurrage, tug expense, pilotage, crew wages, salvage or loss of use. For all sales or services provided, whether vessel related or non-vessel related, MSHS shall not be liable for incidental, special or consequential damages or losses arising directly or indirectly from the purchase and sale of goods or provision of services, or for any other cause, and MSHS' sole liability shall be as set forth under "warranty" below. The buyer or customer agrees to indemnify, defend and hold MSHS harmless with respect to all liabilities to all parties in interest exceeding the amounts herein stated.

FORCE MAJEURE: MSHS shall not be liable in any event for any loss, damage or delay caused by strikes, labor difficulties, accidents, delays in delivery of materials, acts of God, war, restraint of princes, including, but not limited to, restraint by local, state or federal authorities, or causes or any kind beyond MSHS's control, including, but not limited to, tropical storms, hurricanes, lightning or rain.

WARRANTY: MSHS warrants that its parts and services are provided in accordance with industry standards and parts supplied are free from defects in material and workmanship. Buyer or customer agree that the sole remedy for breach of any warranty, express or implied shall be limited, at MSHS sole discretion, to the replacement of parts, repair of parts, return or crediting of purchase price, or referral of the claim to the original manufacturer for manufacturer's warranty review. MSHS makes no warranty and specifically disclaims all liability for design of any items supplied. The foregoing warranty is non assignable and is in lieu of and specifically excludes all other warranties not actually set forth herein, whether express or implied by operation of law or otherwise including but not limited to any implied warranties of merchantability or fitness or those implied by the common law of bailor and bailee. No agent or employee of MSHS has authority to bind MSHS to any other or expanded warranty, and any representation to that effect shall not be deemed to become a part of this contract and shall be unenforceable. The specific warranty provided by this section shall be deemed expired and all right of the buyer or customer irrevocably waived unless the claimed defect is submitted to MSHS in writing within sixty days of receipt of the relevant part or service (or the redelivery of the vessel, whichever occurs first). This period shall govern whether the alleged defect is latent or patent and shall not be deemed to be tolled or to arise at any future time as a result of the discovery of a latent defect. Remedies for latent defects not discovered and submitted to MSHS within the 60 day period shall be exclusively those available from the manufacturer, if any.

FORUM AND CHOICE OF LAW: This contract shall be deemed to have been executed and fully performed within in the State of Florida, and shall be interpreted and construed in accordance with and subject to the federal maritime law of the United States or, should no such law exist on any particular issue, the laws of the State of Florida, to the exclusion of the laws of any other state or country. The prevailing party in any legal action shall be awarded reasonable attorneys fees and costs. Moreover: (1) for U.S. buyers or customers: any dispute arising under, in connection with or incident to this contract shall be litigated before a court of competent jurisdiction located in the State of Florida, County of Broward, to the exclusion of the courts of any other state or country, and buyer or customer hereby irrevocably consent to the jurisdiction of such court; (2) for non-U.S. buyers and customers: any dispute arising under, in connection with or incident to this contract shall be referred to three persons at New York, New York, one to be appointed by each of the parties hereto, and the third by the two so chosen; their decision or that of any two of them shall be final and, for the purpose of enforcing any award, this contract may be made a rule of the court. Should a party fail to appoint an arbitrator within ten days of notice of demand for arbitration, the demanding party may appoint the second arbitrator with the same force and effect as if appointment by the second party. Should the two arbitrators be unable to agree on the appointment of a third arbitrator within 14 days after appointment of the second arbitrator, the President of the Society of Maritime Arbitrators, Inc. shall make the appointment upon the request of either party without further notice. The proceedings shall be conducted in accordance with the Rules of the Society of Maritime Arbitrators, Inc., including Section 2 "Consolidation". The arbitrators shall be commercial men and not practicing attorneys. The arbitrators shall consider this Agreement an honorable engagement rather than merely a legal obligation; they are relieved from all judicial formalities and may abstain from following the strict rules of law. The arbitrators shall award reasonable attorneys fees and costs to the prevailing party. The parties irrevocably stipulate to the jurisdiction of the United States District Court for the Southern District of New York and the United States District Court for the Southern District of Florida (at the election of the party filing) for purposes of compelling arbitration or confirming an arbitration award. With regard to petitions to compel arbitration or to confirm an arbitration award, the parties consent to service of process by certified mail, certified international mail, fax, e-mail, Federal Express or DHL courier service to the parties at any of the addresses or other contact information set forth in the MSHS purchase order, quotation, or elsewhere in this contract, and irrevocably waive and right to personal service of these documents.

PAYMENT AND PRICE: Prices quoted and product availability stated are valid for ten days only unless designated as firm for a specific other period in writing by an officer of MSHS. Payment in all cases is net upon receipt of invoice, 1.5% per month to be added to the invoice amount if full payment is not received by MSHS within thirty days of presentation of the invoice. MSHS may place any account no paid within thirty days into the hands of attorneys for collection and the buyer or customer agrees to pay the reasonable fees and costs of the attorneys, without regard to whether suit is filed or arbitration commenced. All payments must be made in Florida at 3190 SW 4th Avenue, Fort Lauderdale, Florida 33315 or by wire as set forth below. It is agreed that wires are to be deemed payments made in Florida. For payment for work done on or materials furnished to any vessel, whether authorized orally, or by letter, or written contract, and whether MSHS is the general contractor or a subcontractor, MSHS looks to both vessel and owner.

| | |
|---|---|
| Wire Transfer: | City National Bank of Florida |
| | Fort Lauderdale, FL 33301 |
| Account: | 12003276792 |
| ABA: | 066004367 |

VESSEL WARRANTIES: The vessel, its owners, charterers, underwriters, lienholders, and all parties in interest, shall indemnify and hold MSHS harmless from all liability arising under any state or federal air or water quality statute or regulation unless the liability shall arise solely from the gross negligence or intentional tort of MSHS's own employees. Owners, or other parties in interest, warrant that a valid and current U.S. Coast Guard Certificate of Financial Responsibility (Water Pollution) (Form CG-5358-10) shall be kept in force at all times while MSHS is furnishing repairs, parts or services.

BUYER AND CUSTOMER'S RIGHT TO PURCHASE FURTHER WARRANTIES: Different or more extensive liabilities will be accepted if an agreement in writing stating the nature and extent thereof is entered into before work is commenced by MSHS, and if the price is adjusted to include the cost of appropriate additional insurance. The terms contained in this contract or as set forth by an addendum thereto shall in no way be interpreted to hold MSHS as an insurer.

MISCELLANEOUS: Nothing herein shall be deemed to constitute a waiver of MSHS's maritime lien. Invalidity of any one or more provisions of this contract shall not affect nor impair the remaining provisions. This contract may not be changed orally.



# MSHS
**COMPANIES**
ISO 9001:2000 Certified

# MOTOR-SERVICES HUGO STAMP, INC.

AUTHORIZED DISTRIBUTORS & SERVICE CENTER

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
Phone: 954-763-3660 Fax: 954-763-2872
Email: info@mshs.com   http://www.mshs.com

| Job No. | T2124 |
|---|---|

| | | | |
|---|---|---|---|
| Vessel M/V „CAJA EXPRESS" | | Technician PETER CRAINIC | |
| Owner | | Engine Type MAK 9M32 | |
| Location PORT OF FRANCE, MARTINICA | | Engine No. 37050 | |
| Running Hours 59304 | | Governor Part No. — | |
| Serial No. 706447 ; frame letter LC | | Turbocharger Type NAPIER NA 355 | |

| Date 2009 | Time from-till | Description | Travel S/T | Travel O/T | Shop hours S/T | Shop hours O/T | Ship S/T | Ship O/T | Foreign S/T | Foreign O/T |
|---|---|---|---|---|---|---|---|---|---|---|
| Thur. 08/20 | 7:00 to 23:00 | Prepare parts & tools. Travel to Martinica, via Santo Domingo | 7 | 7.5 | 1 | 0.5 | | | | |
| Fri. 08/21 | 7:30 to 24:00 | Dismantle T/C. Drill broken bolts, Clean, Assemble T/C, | | | | | | | 8 | 8 |
| Sat. 08/22 | 2400 :02:02 0800 to 23:38 | Test engine, Fly back to MIA, via Guadelupe & Haiti. | | 15.5 | | | | | | 2 |
| Sun. / | | | | | | | | | | |
| Mon. / | | | | | | | | | | |
| Tues. / | | | | Booked AUG 24 2009 By: (sig) | | | | | | |
| Wed. / | | | | | | | | | | |
| 3 Days Allowance | | | | | | | | | | |
| Mileage | | Total | | | | | | | | |

3.
M.M

Remarks: Dismantle T/C. Found turbine bld. compl. damaged, due to FOB, Also, the nozzle ring destroyed, Install NEW nozzle ring, shroud and cartridge ass'y, with compressor air casing. Use new hardware, Spec. for new main casing: 4EI 125E/K. New N/R SN# 28 0109 P1, with area of 183.16 cm². Test engine. Travel time for the return will be added after the completion of the job.

Technician's signature: (signature)   Date: 08-22-09

Master/Chief's Signature: Ch. eng. 10. (signature)   Date: 08-22-09

CAJA EMPRESS
CH. ENGINEER *
EF. NO.

White - File / Green - Customer / Yellow - Accounting / Pink - Employee / Goldenrod - Customer



Authorized Service Partner of
MAN Diesel | PrimeServ


KBB





# YOUNG TRAVEL

6363 Taft Street
Plantation, Florida 33324 • Broward (954) 475-1000
1-800-426-9968 • Fax (954) 475-1933
YoungTravel@aol.com

AGENT 6M/6M BOOKING REF 28U3U4
                                       102163
CRAINIC/TRAIAN   T2124



MEMBER
ASTA
American Society
of Travel Agents

MOTOR SERVICE HUGO STAMP
3190 S W 4TH AVE
FT LAUD FL 33315

DATE:  AUG 22 2009

| AIRLINE | FLIGHT CL | DATE | FROM | TO | DEPARTS | ARRIVES/STATUS |
|---------|-----------|------|------|----|---------|----------------|

IN ACCORDANCE WITH YOUR INSTRUCTIONS WE HAVE ON YOUR BEHALF PURCHASED FROM:

AIR FRANCE        22AUG  FORT DE FRANCE  POINTE A PITR   225P    300P
AF 3971         SATURDAY LAMENTIN         POLE CARAIBES
S ECONOMY                AIRCRAFT:        AIRBUS INDUSTRIE A320-100/200

AIR FRANCE        22AUG  POINTE A PITR   MIAMI FL       420P    905P
AF 3958         SATURDAY POLE CARAIBES    MIAMI INTL
S ECONOMY                AIRCRAFT:        AIRBUS INDUSTRIE A320-100/200

     AIR FARE 875.00      TAX  173.09     AIR TOTAL USD           1048.09
                                          TRANSACTION FEE USD      100.00

                                          INVOICE TOTAL USD       1148.09

TICKET PAYMENT: AX XXXXXXXXXXX2139
    MCO PAYMENT: AX XXXXXXXXXXX2139/EXP1210        CRAINIC/TRAIAN

RESERVATION NUMBER(S)  AF/26FIF7

ETKT:AF 057 7567246705   CRAINIC/TRAIAN  T2124
SVC:9090 0505312823 CRAINIC/TRAIAN  T2124

AF  FREQUENT FLYER DL2572234850
          PLEASE RECONFIRM SCHEDULES MAY CHANGE
          BAGGAGE FEES COULD APPLY

## Booked
AUG 2 7 2008
By:

INVOICE NUMBER 0000102163

                                                          1/  1

*Thank you for allowing our staff to make your travel plans!! May we hear from you again?*

WE RESERVE THE RIGHT TO CHARGE A CANCELLATION PENALTY OF 10% ON ANY BOOKING

**IF TICKETS ARE NOT USED, RETURN IMMEDIATELY - DO NOT DESTROY**        ACCOUNTING COPY

By acceptance of these ticket(s), voucher(s) or other evidence of travel arrangements the customer understands that Young Travel, Inc. acts only as the agent for the carrier, hotel or other facility providing the transportation, accommodations, or other travel services, and such, the sole financial responsibility of Young Travel, Inc. is limited to the amount of commissions it receives from said suppliers. Young Travel, Inc. shall not become liable for any personal injury, property damage, accident, delay, inconvenience, change in itinerary or accommodations or personal dissatisfaction with the travel arrangements provided. Any refunds or adjustments must be claimed at the office of purchase. We reserve the right to charge a service fee.
I have been advised of cancellation fee X _____ and declined the purchase of cancellation insurance x _____

  

**MSHS** COMPANIES **TURBOCHARGER DIVISION**
**MOTOR-SERVICES HUGO STAMP, INC.**

**NAPIER**

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
(954)763-3660 Fax (954) 763-2872
http://www.mshs.com

# NA/355 SERVICE REPORT

**Job No.**   T2124

| Customer | Purchase Order No. | Location | Installation Name | Date of Work Carried Out |
|---|---|---|---|---|
| "V" SHIPS | | MARTINICA | M/V CAJA EMPRESS | Aug 21, 2009 |
| **Engine Manufacturer** | **Engine Type** | **Engine Serial No.** | **Running Hours** | **Power Output** |
| MAK | 9M32 | 37050 | 59304 | 3960 KW |
| **T/C Model** | **T/C Serial No.** | **T/C Specification** | **A or B Bank (If Applicable)** | **Date of Report** |
| NA 355 | 706447,FRAME LC | 4 EI 125 E/K | N/A | Aug 24, 2009 |

| Reason For Request | | Installation Type | | Work Performed | | Status on Arrival | | |
|---|---|---|---|---|---|---|---|---|
| Routine Service | | Ship Main Engine | ✓ | Complete Strip | | Complete | | |
| Breakdown | ✓ | Ship Aux Engine | | Partial Ship | ✓ | Dismantled | | |
| Inspection | | Engine Builder Test | | A) Turbine | | Orig. Cartridge | Yes | |
| Replacement | | Power Generation | | B) Compressor | | | No | |
| Modification | | Standby Power Gen | | Comments: | | Comments: | | |
| Matching | | Traction | | | | | | |
| Comments: | | Comments: | | | | | | |





**MSHS** COMPANIES **TURBOCHARGER DIVISION**
**MOTOR-SERVICES HUGO STAMP, INC.**
**NAPIER**

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
(954)763-3660 Fax (954) 763-2872
http://www.mshs.com

# Spare Parts Required

| Part Number | Description | Quantity Issued | Part Number | Description | Quantity Issued |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Remarks:   THE SERVICE WAS REQUESTED BECAUSE A BREAKDOWN, WITH A HIGH TEMPERATURE ON THE
T/C. AFTER DISMANTLING THE TURBO, FOUND HEAVY DAMAGE ON THE TURBINE BLADES(ALL BROCKEN, WITH
MISSING PARTS FROM THE UPPER SIDE OF THE BLADES AND DAMPING WIRE BROKEN ALSO). THE NOZZLE RING
WAS ALSO DESTROYED , BEEING USELESS. THE CONCLUSION AND THE FACTS SHOWN THAT ALL THE DAMAGE WAS
BECAUSE OF F.O.B. FROM THE ENGINE. A NEW MAIN CASING/AIR CASING ASSY, WITH SHROUD AND NOZZLE RING
WERE ORDERED FROM LINCOLN-ENGLAND TO REPLACE THE DAMAGED PARTS. ONE BOLT FROM SHROUD RING
BROKE DURING DISMANTLING AND BECAUSE THE THREAD WAS INSERT, WAS IMPOSSIBLE TO RECONDITION.
RETHREAD WITH M10x1.50mm(OLD WAS M8x1.25mm).USE NEW HARDWARE FOR SHROUD/NOZZLE. CLEAN CASINGS.
WORK THROUGH THE NIGHT AT THE REQUEST OF SUPERINTENDENT.
INSTALL NEW CARTRIDGE(MAIN CASING) ASSY /AIR CASING ASSY ON T/C.
THE ENGINE WAS TESTED FOR 2(TWO)HRS, WITH A REPRESENTANT FROM GERMANISCHE/ LLOYD IN ATTENDANCE.
ALL THE PARAMETERS WERE GOOD, ON DIFFERENT RPM'S AND WITH A PITCH BETWEEN 5-10%.
THE OLD MAIN CASING S.N.# 702221, WITH SPECIFICATION:4 EI 125 E/K.
THE NEW NOZZLE RING S.N.#280109P1, WITH AREA=183.1639cm2.



**MSHS** COMPANIES  **TURBOCHARGER DIVISION**
**MOTOR-SERVICES HUGO STAMP, INC.**  **NAPIER**

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
(954)763-3660 Fax (954) 763-2872
http://www.mshs.com

# NAPIER NA/355
# Rotor Inspection Sheet

| | | |
|---|---|---|
| Vessel / Plant | M/V CAJA EMOPRESS | Job # — T 2124 |
| Shaft # | N/A | Date — Aug 21, 2009 |
| Specification | N/A | S/N # — 706447 |

### Turbine Wheel (mm)

| H | | | | J | | | |
|---|---|---|---|---|---|---|---|
| | Turbine OD | 368.02 | 368.07 | | Turbine OD | 376.07 | 376.12 |
| | Nominal | 368.045 | | | Nominal | 376.095 | |
| | Max wear | 367.55 | | | Max wear | 375.59 | |
| K | Turbine OD | 385.17 | 385.22 | M | Turbine OD | 399.16 | 399.21 |
| | Nominal | 385.195 | | | Nominal | 399.185 | |
| | Max wear | 384.68 | | | Max wear | 398.65 | |

### Shaft (mm)

| CE Journal | | Thrust Ring | | TE Journal | |
|---|---|---|---|---|---|
| 54.912 | 54.938 | 55.499 | 55.507 | 64.849 | 64.859 |

### Readings

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Turbine OD | NEW PARTS | N/A | N/A | N/A |
| CE Journal | NEW PARTS | N/A | N/A | N/A |
| Thrust Ring | NEW PARTS | N/A | N/A | N/A |
| TE Journal | NEW PARTS | N/A | N/A | N/A |

| Tool # | N/A | Tool # | N/A |
|---|---|---|---|
| Tool # | N/A | Tool # | N/A |

Service Engineer    PETER CRAINIC    Manager    MLADEN MALOVIC

Form 4.01-63-Rev3



**MSHS** COMPANIES **TURBOCHARGER DIVISION**
**MOTOR-SERVICES HUGO STAMP, INC.**

**NAPIER**

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
(954)763-3660 Fax (954) 763-2872
http://www.mshs.com

# NAPIER NA/355
# INSPECTION SHEET
# GAPS & CLEARANCES

| | | | |
|---|---|---|---|
| Job # | T 2124 | Date | Aug 21, 2009 |
| Customer | "V" SHIPS | | |
| Vessel / Plant | M/V CAJA EMPRESS | Type | NA 355 |
| Specification | 4 EI 125 E/K, FRAME LETTER LC | S/N # | 706447 |



| Clearances | | Measurements | | Date of | |
|---|---|---|---|---|---|
| Position | Tolerance | Before | After | Inspection | Tool # |
| Turbine Wheel / Cone Clearance | 2.34 - 3.89 | | NEW | | |
| Impellar / Axial Clearance | 1.19 - 1.32 | | NEW | | |
| Impellar / Labyrinth Clearance | 0.15 - 0.25 | | NEW | | |
| Compressor End Bearing / Thrust Clearance | 0.175 - 0.249 | | NEW | | |

**Measurements in MM**

| | | | |
|---|---|---|---|
| Service Engineer | PETER CRAINIC | Manager | MLADEN MALOVIC |

Form 4.01-64-Rev3

 

**MSHS** COMPANIES **TURBOCHARGER DIVISION**
**MOTOR-SERVICES HUGO STAMP, INC.**

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
(954) 763-3660 Fax (954) 763-2872
http://www.mshs.com

# COMMERCIAL INVOICE

| S O L D  T O | M/V CAJA EMPRESS<br>C/O Immueble du Port<br>Avenue Francois Mitterrand<br>97200 Fort-de-France<br>Martinique<br>Att.: Marie-Benedicte Bielawski  Tel:596-596-633535 | date: 8/19/2009<br>our ref: #T2124<br>Rodrigo Quilula<br><br>one (1) piece<br>via air freight |

| QTY. | DESCRIPTION | UNIT COST (US$) | TOTAL (US$) |
|---|---|---|---|
| | M/E-Turbocharger,"SPARE PARTS" NAPIER-NA 355 | | |
| | 1-Nozzle Ring-BL0745K02 | $149.10 | $149.10 |
| | 1-Shroud Ring-ND11120 | $315.00 | $315.00 |
| | 1-Joint-BL1077 | $54.41 | $54.41 |
| | 9-Screws-151710025 | $2.37 | $21.33 |
| | 9-Heli Coil Insert-251510100 | $1.25 | $11.25 |
| | 9-Lock Washer Pair-EJ0902/10 | $.94 | $8.46 |
| | 6-Nut-2nd4144 | $1.07 | $6.42 |
| | 6-Shroud Bolt-2nd85467 | $2.37 | $14.22 |
| | 12-Tab Washer-BSSP42/G | $.56 | $6.72 |
| | *country of origin:  England* | | |
| | HEREWITH WE ARE SENDING TO YOU THIS<br>TURBOCHARGER-SPARE PARTS | | |
| | PROPERTY OF CONSIGNEE! | | |
| | Send from MSHS, tel.: (954) 763-3660<br>Rodrigo Quilula | | |
| | TOTAL: | US $ | $586.91 |

BANK: CITY NATIONAL BANK OF FLORIDA
ABA ROUTING NO.: 066004367
ACCOUNT NO.: 2003276792

Caja Empress-T2124-Napier-na355-pfm.doc

I DECLARE ALL THE INFORMATION CONTAINED IN
THIS INVOICE TO BE TRUE AND CORRECT.

Please visit our website at http://www.mshs.com

PLEASE NOTE THAT OUR TERMS & CONDITIONS DATED 1997 APPLY TO ALL SERVICES AND SUPPLIES RENDERED.
SHOULD YOU NOT HAVE A COPY OF SAME, WE URGE YOU TO REQUEST THESE FOR YOUR FILES AND ACKNOWLEDGMENT.



**MSHS** TURBOCHARGER DIVISION
COMPANIES ⌐ **MOTOR-SERVICES HUGO STAMP, INC.**



3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
(954) 763-3660 Fax (954) 763-2872
http://www.mshs.com

# DELIVERY RECEIPT

DATE:                AUGUST 19, 2009

SHIP / CUSTOMER:     M/V CAJA EMPRESS
                     C/O MARSHIP
                     IMMUEBLEE du Port
                     Avenue Francois Mitterrand
                     97200 Fort-de-France, Marinique
                     ATTN: Marie-Benedicte Bielawski     Tel 596-596-63-35-35


OUR JOB NO.:     T2124              CUST. PO NO.:     OWNERS

        REF.:    „SPARE PARTS", NAPIER NA355

## THE BELOW LISTED ITEMS HAVE BEEN DELIVERED:

1-Nozzle Ring-BL0745K/02
1-Shroud Ring-ND11120
1-Joint-BL1077
9-Screw-151710025
9-Heli Coil Insert-251510100
9-Lock Washer Pair-EJ0902/10
6-Nut-2ND4144
6-Shroud Bolt-2 ND85467
12-Tab Washer-BSSP42/G

Caja_Empress-T2124-Napier-na355-del.doc

Received by: _Ch. eng.  Y. Svplyvyy._

    Date: _22. 08. 09._     CAJA EMPRESS
                            CH. ENGINEER ✱
Thank you for the order.    FF. NO. 2520


Please visit our website at http://www.mshs.com

PLEASE NOTE THAT OUR TERMS & CONDITIONS DATED 1997 APPLY TO ALL SERVICES AND SUPPLIES RENDERED.
SHOULD YOU NOT HAVE A COPY OF SAME, WE URGE YOU TO REQUEST THESE FOR YOUR FILES AND ACKNOWLEDGMENT.

# DHL Global Forwarding

**DHL**
*GLOBAL FORWARDING*

**AIR FREIGHT DEPARTMENT**

**INVOICE**

MOTOR SERVICES HUGO STAMP INC
3190 S.W.
4TH AVENUE
FORT LAUDERDALE, FLO   33315
UNITED STATES OF AMERICA

## Inv. No.: 9CAM333

| Hawb: 9CAM333 | Your Reference: #T2124 | Customer Acct. No.: M7404 | DHL Global Forwarding Cargo West East Midlands Airport |
|---|---|---|---|
| Date: 18AUG2009 | From: EMA-EAST MIDLANDS AI | To: FDF-FORT DE FRANCE | DE74 2TR, Derbyshire United Kingdom 01332 817450 |
| Customs Doc: NES | Pieces: 1 | Customer Vat No.: / | |

| Consignee Address: M/V CAJA EXPRESS C/O MARSHIP, IMMEUBLE DU AVENUE FRANZOIS MITTERAND FORT-DE-FRANCE MARTINIQUE (F.W.I.) | Remarks: UNKNOWN CUSTOMER SHIPS SPARES IN TRANSIT CNSE VAT NBR:   / | Weight (Kg) 564.0 | Volume: Chg. Wgt. 177.5 KG |
|---|---|---|---|
| Goods description: TURBOCHARGER | | Rate 3.70 | Service SP |

| Charge(s) description: | CAT. | V.A.T. % | Amount |
|---|---|---|---|
| PREPAID FREIGHT CHARGE | GBP | | 2086.80 |
| PICKUP CHARGE | GBP | | 86.40 |
| HANDLING FEES | GBP | | 293.28 |
| | | | |
| *SPECIFICATION "HANDLING FEES"* | | | |
| CHH - HANDLING CHARGE | 3 | | 50.76 |
| FSH - AIRLINE FUEL SURCHARGE | 3 | | 141.00 |
| SSF - SECURITY SURCHARGE DUE FORWARDER | 3 | | 50.76 |
| SXH - SECURITY CHECK FEE | 3 | | 50.76 |

| VAT:   .0 | VAT Amount: 0 | | 0.00 |
|---|---|---|---|
| | Total debit: 9 | GBP | 2466.48 |

## DHL Global Forwarding (UK) Limited

Remit To Address:
Magna House,
18-32 London Road,
Staines, TW18 4BP, UK

Contact: accounts receivable
Tel:    01784 87 1270
Email:
VAT no: GB 745 2604 38

Bank Account:   41231464
Sort Code:   40-02-50
IBAN:   GB51MIDL40025041231464
SWIFT:   MIDLGB22

ALL BUSINESS UNDERTAKEN IS TRANSACTED SUBJECT TO DHL GLOBAL FORWARDING (UK) LIMITED STANDARD TRADING CONDITIONS. A COPY OF THESE CONDITIONS IS AVAILABLE ON REQUEST OR FROM OUR WEBSITE AT: http://www.dhl.co.uk

Registered Number 4056042. Registered in UK. Registered office: Magna House, 18-32 London Road, Staines, TW18 4BP

AIR_X01_HAWB                                   2. INVOICE

**Antonia Rodriguez - RE: Caja Empress**

| | |
|---|---|
| **From:** | "Roy Watson" <roy.watson@cajagroup.com> |
| **To:** | "'Peter Pillone'" <Peter.Pillone@cajagroup.com>, "'Antonia Rodriguez'" <Antonia.Rodriguez@mshs.com> |
| **Date:** | 8/26/2009 3:31 PM |
| **Subject:** | RE: Caja Empress |
| **CC:** | "'Mladen Malovic'" <Mladen.Malovic@mshs.com>, "'Rodrigo Quilula'" <Rodrigo.Quilula@mshs.com> |

Antonia,

I have issued an internal Purchase Order for services on the Caja Empress.  PO #082490

Please let me know if there are any further requirements.

Best Regards,

Roy Watson

Roy R. Watson

***Caja Logistics Group***
1612 Newcastle Street – Brunswick, GA 31520
Tel:   912.996.0855
Fax:  912.265.6262
Eml:  roy.watson@cajagroup.com
Web:  www.cajagroup.com

**From:** Peter Pillone [mailto:Peter.Pillone@cajagroup.com]
**Sent:** Wednesday, August 26, 2009 3:14 PM
**To:** Antonia Rodriguez; Roy Watson
**Cc:** Mladen Malovic; Rodrigo Quilula
**Subject:** RE: Caja Empress

Adding Mr. Roy Watson.

Roy:  Please issue the PO number for MSHS.


Tks/Brgds

Peter Pillone

Caja Logistics Group

Tel: 912-265-1770

Cell: 954-907-2685

---

**From:** Antonia Rodriguez [mailto:Antonia.Rodriguez@mshs.com]
**Sent:** Wednesday, August 26, 2009 2:34 PM
**To:** Peter Pillone
**Cc:** Mladen Malovic; Rodrigo Quilula
**Subject:** Re: Caja Empress


Good afternoon Mr. Pillone,

Please advise purchase order number for the services performed on the a/m vessel.

If we can be of assistance, please do not hesitate to contact us.


Best regards

Antonia Rodriguez
Adm. Assistant Turbocharger Division
Motor-Services Hugo Stamp, Inc. - ISO 9001:2000
3190 SW 4th Avenue
Fort Lauderdale, FL 33315
Ph: 954-763-3660
Fax: 954-763-2872

Please visit our website at http://www.mshscompanies.com


This email message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential, trade secret and exempt from disclosure under applicable law. Access to this email by anyone other than the addressee is prohibited without prior approval.  If you received this email in error, incorrect addressee or name sake included you are requested to reply to advise us and then delete it immediately.  Disclosure or forwarding of any emails received in error is prohibited.  Any response to, or orders placed after receipt of this email are subject to Motor-Services Hugo Stamp, Inc.'s Standard Terms and Conditions, available for review at http://www.mshs.com/termsandconditions.htm

 

# MOTOR-SERVICES HUGO STAMP, INC.

## AUTHORIZED DISTRIBUTORS & SERVICE CENTER

3190 S.W. 4th Avenue, Ft. Lauderdale, FL 33315
(954) 763-3660 • Fax (954) 763-2872 • http://www.mshs.com

COMMERCIAL VESSEL AFFIDAVIT
FOR PURCHASING ITEMS
IN COMPLIANCE WITH RULE 12A-1.064 (5) F.A.C.

Name of Vessel : *Caja Empress*     Home Port : _____

Owner (s) : *Caja Logistics*

Address : *1608 Newcastle Street Brunswick GA 31520*

I (we) certify that

The items purchased from the vendor listed below are to be used only on this vessel to transport persons or property in interstate or foreign commerce and are appropriate to carry out the purpose for which this vessel is designed, equipped and used.

(✓)  This vessel has not and will not operate on the canals, inland waterways, or within the territorial water of Florida.

( )  This vessel will operate in both non-Florida and Florida waters and will report Florida Sales Tax in accordance with Rule 12A-1.064 F.A.C. Dealer Certificate of Registration Number: _____

This statement is issued in compliance with Rule 12A-1.064 (5), Florida Administrative Code, in order to exempt this purchase from Florida Sales and Use Taxes. This certification will continue in force until revoked by written notice to the vendor MOTOR-SERVICES HUGO STAMP, INC. and the Department of Revenue.

Customer : _____     Title : *CEO/President*
              Signature

Sworn to and subscribed before me this *19* day of *August* *2009*

Notary Public _____

PRISCILA BENITES
MY COMMISSION # DD469345
EXPIRES: Sept. 7, 2009
(407) 398-0153   Florida Notary Service.com

If not notarized please  make sure you affix **COMPANY STAMP** or **SHIP'S SEAL** in box below:

Please visit our website at http://www.mshs.com

PLEASE NOTE THAT OUR CURRENT TERMS & CONDITIONS AS PUBLISHED ON OUR WEBSITE APPLY TO ALL SERVICES AND SUPPLIES RENDERED. SHOULD YOU NOT HAVE A COPY OF SAME, WE URGE YOU TO REQUEST THESE FOR YOUR FILES AND ACKNOWLEDGMENT.

CUST.ID:

VESSEL ID: